1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD E. GRANT, | Case No. EDCV 18-0957 R (SS) |
|         Petitioner, | |
|    v. | **JUDGMENT** |
| WARDEN, | |
|         Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 28, 2018

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE